■ VIGA INVESTMENTS, INC., Appellant-Respondent, v MITTAL STEEL USA, INC., Respondent-Appellant. MITTAL STEEL USA, INC., et al., Respondents-Appellants, v VIGA INVESTMENTS, INC., et al., Appellants-Respondents, et al., Defendant. [859 NYS2d 371]—Cross appeals from an order, Supreme Court, New York County (Helen E. Freedman, J.), entered February 13, 2008, and order, same court and Justice, entered on February 15, 2008, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Saxe, J.P., Nardelli, Moskowitz, Acosta and DeGrasse, JJ.